UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

NOV 30 2016

PER _____
DEPUTY CLERK

TYRONE MARTIN,
       Plaintiff,

v.

SECRETARY OF CORRECTIONS, et al.,
       Defendants.

CIVIL NO. 3:16-CV-2060

(Judge Kosik)

## ORDER

AND NOW, THIS 30th DAY OF NOVEMBER, 2016, IT IS HEREBY

**ORDERED AS FOLLOWS:**

1. Plaintiff's motion to correct the spelling of Defendant Dreibelbis' name and to add the Pennsylvania Department of Corrections as a defendant (Doc. 10) is **GRANTED in part and DENIED in part**. The motion is **GRANTED to the extent that** the spelling of Defendant Dreibelbis' last name has been corrected on the docket. Plaintiff's request to add the Department of Corrections as a defendant is **DENIED**.

2. The documents attached to Plaintiff's request are construed to be supplemental exhibits to the pending complaint. (Doc. 10 at 2-5.) The Clerk of Court shall note this on the docket and shall serve these documents on the named Defendants in accordance with the Memorandum and Order of November 9, 2016.

3. Plaintiff's second motion for the appointment of counsel (Doc. 13) is **DENIED without prejudice**. The Clerk of Court is directed to return the exhibits attached to the motion to Plaintiff. (Doc. 13 at 3-7.)

_____
EDWIN M. KOSIK
United States District Judge