# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| TYRONE MARTIN, | : | Civil No. 3:16-cv-2060 |
| --- | --- | --- |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SECRETARY OF CORRECTIONS, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this ___ day of August, 2017, upon consideration of Plaintiff's motion (Doc. 45) for a preliminary injunction, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 45) is **DENIED**.

Robert D. Mariani
United States District Judge