# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE MARTIN, | Civil No. 3:16-cv-2060 |
| Plaintiff | (Judge Mariani) |
| v. | |
| SECRETARY OF CORRECTIONS, et al., | |
| Defendants | |

## ORDER

**AND NOW**, this 5th day of September, 2017, upon consideration of Defendant Ross' motion (Doc. 37) to dismiss, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 37) to dismiss is **GRANTED**.

2. All claims against Defendant Melissa Ross are **DISMISSED**.

3. The Clerk of Court is directed to **TERMINATE** Melissa Ross as a party to this action.

Robert D. Mariani
United States District Judge