IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE MARTIN, | : | Civil No. 3:16-cv-2060 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SECRETARY OF CORRECTIONS, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 14th day of September, 2017, upon consideration of the motion (Doc. 18) to dismiss filed by Correct Care Solutions, LLC, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 18) to dismiss is **GRANTED**.

2. The claims against Defendant Correct Care Solutions, LLC are **DISMISSED** without prejudice.

3. Plaintiff is granted leave to amend his claims against Defendant Correct Care Solutions, LLC within twenty (20) days of the date of this Order.

4. If Plaintiff fails to amend his claims as contemplated by paragraph 3, the Clerk of Court will be directed to terminate Defendant Correct Care Solutions, LLC as a party to this action.

Robert D. Mariani
United States District Judge