IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE MARTIN, | Civil No. 3:16-cv-2060 |
| Plaintiff | (Judge Mariani) |
| v. | |
| SECRETARY OF CORRECTIONS, et al., | |
| Defendants | |

## ORDER

**AND NOW,** this _16th_ day of February, 2018, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion (Doc. 56) for appointment of counsel is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge