IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE MARTIN, | : | Civil No. 3:16-cv-2060 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SECRETARY OF CORRECTIONS, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this _7th_ day of January, 2019, upon consideration of Plaintiff's motions (Docs. 153, 154, 156) for appointment of counsel, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT** the motions (Docs. 153, 154, 156) are **DENIED** without prejudice.

Robert D. Mariani
United States District Judge