IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE MARTIN, | Civil No. 3:16-cv-2060 |
| Plaintiff | (Judge Mariani) |
| v. | |
| SECRETARY OF CORRECTIONS, et al., | |
| Defendants | |

## ORDER

**AND NOW**, this 16th day of January, 2019, upon consideration of Plaintiff's motions (Docs. 134, 135) for reconsideration, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions (Docs. 134, 135) for reconsideration are **DENIED**.

Robert D. Mariani
United States District Judge