IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE MARTIN, | : | Civil No. 3:16-cv-2060 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SECRETARY OF CORRECTIONS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 23rd day of January, 2019, upon consideration of Plaintiff's motions (Docs. 162, 164, 165) to compel responses to his request for production of documents (Doc. 143), and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The motions (Docs. 162, 164, 165) to compel are **GRANTED** in part and **DENIED** in part as follows:

    a. Request numbers 1, 3, 4, 6, 7, 11, 16, 17 and 18 are **GRANTED**. Within thirty (30) days of the date of this Order, the Corrections Defendants shall provide Plaintiff with full and complete responses to these requests for production of documents.

    b. Request numbers 10, 12, 13, and 14 are **GRANTED** in part and **DENIED** in part in accordance with the accompanying Memorandum. Within thirty (30) days of the date of this Order, the Corrections Defendants shall provide Plaintiff with the names of any inmates who used the telephone system between 2:20 p.m. and 3:00 p.m. on March 5, 2015.

    c. Request number 20 is **DENIED** in accordance with the accompanying Memorandum.

    d.    Request numbers 2, 5, 8, 9, 15 and 19 are **DENIED**.

2.    Plaintiff's request for costs (Doc. 164) is **DENIED**.

_____
Robert D. Mariani
United States District Judge