# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE MARTIN, | Civil No. 3:16-cv-2060 |
| Plaintiff | (Judge Mariani) |
| v. | |
| SECRETARY OF CORRECTIONS, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 4th day of March, 2021, upon consideration of Defendants' motion (Doc. 219) for summary judgment, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 219) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Timothy Myers, Ryan Kanagy, Brent Dickson, Bradd Fazenbaker, Samuel Bickel, Kevin Barger, Susan Gaff, Matthew Morrison, John Neumann, John Wetzel, Kevin Kauffman, and William Dreibelbis, and against Plaintiff.

3. The claims against John Neumann in his individual capacity are **DISMISSED**.

4. Plaintiff's request (Doc. 239) for a ruling on the motion for summary judgment is **DISMISSED** as moot.

5. The Clerk of Court is directed to **CLOSE** this case.

6. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge