IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE MARTIN, | : | Civil No. 3:16-cv-2060 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SECRETARY OF CORRECTIONS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 16th day of April, 2021, upon consideration of Plaintiff's motion (Doc. 244) for reconsideration, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 244) is **DENIED**.

Robert D. Mariani
United States District Judge