IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE MARTIN, | Civil No. 3:16-cv-2060 |
| Plaintiff | (Judge Mariani) |
| v. | |
| SECRETARY OF CORRECTIONS, *et al.*, | |
| Defendants | |

**ORDER**

**AND NOW**, this 19th day of December, 2022, upon consideration of Plaintiff's requests (Docs. 271, 272) for subpoenas, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the requests (Docs. 271, 271) are **DENIED** without prejudice.

Robert D. Mariani
United States District Judge