IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE MARTIN,   :   Civil No. 3:16-cv-2060
   :
   Plaintiff   :   (Judge Mariani)
   :
   v.   :
   :
SECRETARY OF CORRECTIONS, *et al.*,   :
   :
   Defendants   :

## ORDER

**AND NOW**, this 5th day of April, 2023, upon consideration of Plaintiff's requests (Docs. 286, 287) for subpoenas, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The requests (Docs. 286, 287) are **DENIED**.

2. The Courtroom Deputy shall make arrangements for the participation, via video, of inmate Bobby K. Williamson (DQ 9200) and inmate Justin Carter (HE 1640), subject to the approval of the Superintendent or other appropriate official at their present places of incarceration.

Robert D. Mariani
United States District Judge